Coe Investment Company, a Corporation, Plaintiff-Appellant and Cross-Appellee, v. C. Jay Boss, Defendant-Appellee and Cross-Appellant.

Gen. No. 10,320.

Third District.
April 10, 1961.

Traynor & Hendricks, of Springfield, for appellant; Stevens, Herndon & Nafziger, of Springfield (James T. Mohan, of counsel) for appellee. Opinion by JUSTICE ROETH. Not to be published in full.